

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

July 16, 2024

2024-2018 - Pereida v. McDonough

# NOTICE OF NON-COMPLIANCE

The document (Entry of Appearance) submitted by Rebecca Pereida is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The response to the form is inconsistent. Select <u>one</u> filing and service option on page 1. Complete pages 1 and 2 to indicate electronic filing and service. Complete pages 1 and 3 to indicate paper filing and electronic service. Do not complete both consent pages. Fed. Cir. R. 47.3(b)(3).

- The filer used an incorrect filing event. When refiling a corrected version of this document, please use the following event: <u>Notice of Unrepresented Person Appearance</u>. Refer to the court's <u>Electronic Filing Procedures</u> ("Filing").

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket. An</u>

appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: G. Kilgore, Deputy Clerk