

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

September 17, 2024

2024-2018 - Pereida v. McDonough

# NOTICE OF NON-COMPLIANCE

The document (Appendix) submitted by Rebecca Pereida is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The appendix does not contain the judgment, order, or decision in question. Fed. R. App. P. 30(a)(1)(C).

  *Clerk's Note: ECF [14] can not be considered a stand-alone appendix as it does not contain a copy of the decision on appeal. A stand-alone appendix should also include the case number and title of the document. If appellant is attempting to cure ECF [11], adding a copy of the decision on appeal from the <u>Court of Appeals for Veterans Claims</u> will satisfy the notice of non-compliance at ECF [12].*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket. An</u>

appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: G. Kilgore, Deputy Clerk