**Official Caption**

**REBECCA M. PEREIDA,**
*Claimant-Appellant*

v.

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

**Short Caption**

Pereida v. McDonough

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## INFORMAL BRIEF OF APPELLANT

**Case Number:** 2024 - 2018

**Short Case Caption:** Pereida v. McDonough

**Name of Appellant:** Rebecca M. Pereida

---

**Instructions:** Read the Guide for Unrepresented Parties before completing this form. Answer the questions as best as you can. Attach additional pages as needed to answer the questions. This form and continuation pages may not exceed 30 pages.

Attach a copy of the opinion, order, and/or judgment of the Court of Appeals for Veterans Claims. You may also attach other record material as an appendix. Any attached material should be referenced in answer to the below questions. Please redact (erase, cover, or otherwise make unreadable) social security numbers or comparable private personal identifiers that appear in any attachments you submit.

---

1. Have you ever had another case in this court?  ☐ Yes  ☑ No
   If yes, state the name and number of each case.

   N/A

2. Did the Court of Appeals for Veterans Claims decision involve the validity or interpretation of a statute or regulation?  ☐ Yes  ☑ No

   If yes, what are your arguments concerning those issues?

   The Court of Appeals for Veterans Claims decision did not involve the validity or interpretation of a statute or regulation. 38 U.S.C. chapter 18 sub-chapter II only applies to women who served in Vietnam which is sexist. When only 7,500 female Vietnam veterans served in Vietnam out of the 2.7 million american who served.

3. Did the Court of Appeals for Veterans Claims decide constitutional issues?

☐ Yes    ☑ No

If yes, what are your arguments concerning those issues?

> Under 38 U.S.C. chapter 18 sub chapter II, refer to Page (488) (491) of Record Before the Agency, it's unconstitutional

4. Did the Court of Appeals for Veterans Claims fail to decide any other issue correctly?    ☑ Yes    ☐ No

If yes, how?

> The same law that applies to biological mother should cover biological father as well. Under 38 U.S.C chapter 18 Subchapter II refer to Page 491 of Record Before the Agency, only biological mothers are covered. Excluding all biological fathers (male Vietnam Veterans) is sex discrimation.

5. Are there other arguments you wish to make?    ☑ Yes    ☐ No

If yes, what are the arguments?

> Refer to pages 181-182 of Record Before the Agency. It states with all Chapter 18 claims, VA needs the following to grant benefits: Verification of Agent Orange exposure for the parent, Birth certificate of the child claiming Chapter 18 benefits, medical records going back as far as possible. It was proven that my father served in the Republic of Vietnam from March 23, 1965 to March 21, 1966 and from May 8, 1968 to August 16, 1968 so Agent Orange Exposure has been conceded for my father. Refer to page 183 of the RBA as evidence.

Form B

5. Con't for question # 5

My birth certificate was received on December 12, 2019, showing Jose J. Pereida as my father. Refer to page 389 of the Record Before the Agency. As well Medical records were provided with a date of Service of November 4, 1974. A appointment for Congenital talipes equinovarus (clubfoot) with Dr. McMillian with the Chippled Children Division. Refer to page 572 of the Record Before the Agency. Now here on Page 181 of the RBA does it state the gender of the parent. It states Verification of Agent Orange exposure for the Parent in it Response to the correspondence to the White House. So since my parent is male the law does not apply. When it has already been proven Service connection for my fathers cause of death. Refer to pages 1337 + 1338 of RBA We all know we get our genes from both parents.

6. What action do you want this court to take in this case?

> Modify 38 U.S.C. Chapter 18 subchapter II, refer to Page 491 of Record Before the Agency, or bring a bill to Congress to include male vietnam veterans.
> Hold the VA accountable for transgenerational exposure to Agent Orange.

Date: Aug. 26, 2024     Signature: /s/ Rebecca Pereida

Name: Rebecca M. Pereida